# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF SOUTH CAROLINA

## CHARLESTON DIVISION

| | | |
|---|---|---|
| PLAINTIFFS, | ) | MDL No.: 2873 |
| | ) | |
| **Plaintiffs**, | ) | |
| | ) | **Civil Action No.:** |
| v. | ) | |
| | ) | |
| 3M COMPANY f/k/a Minnesota | ) | **Master Docket No.: 2:18-mn-2873** |
| Mining and Manufacturing Company; | ) | |
| AGC CHEMICALS AMERICAS INC.; | ) | |
| AMEREX CORPORATION; | ) | **JUDGE RICHARD GERGEL** |
| ARKEMA INC.; ARCHROMA U.S. | ) | |
| INC.; BASF CORPORATION; | ) | |
| BUCKEYE FIRE EQUIPMENT | ) | **DIRECT FILED SHORT FORM** |
| COMPANY; CARRIER GLOBAL | ) | **COMPLAINT AND JURY DEMAND** |
| CORPORATION; CHEMDESIGN | ) | **PURSUANT TO CASE MANAGEMENT** |
| PRODUCTS, INC; | ) | **ORDER NO. 35** |
| CHEMGUARD, INC.; CLARIANT | ) | |
| CORPORATION; CORTEVA, INC.; | ) | |
| DEEPWATER CHEMICALS, INC.; | ) | |
| DUPONT DE NEMOURS INC., f/k/a | ) | |
| DOWDUPONT, INC.; DYNAX | ) | |
| CORPORATION; E.I. DUPONT DE | ) | |
| NEMOURS AND COMPANY, | ) | |
| individually and as successor in interest | ) | |
| to DuPont Chemical Solutions | ) | |
| Enterprise; NATIONAL FOAM, INC.; | ) | |
| THE CHEMOURS COMPANY, | ) | |
| individually and as successor in interest | ) | |
| to DuPont Chemical Solutions | ) | |
| Enterprise; THE CHEMOURS | ) | |
| COMPANY FC, LLC, individually and | ) | |
| as successor in interest to DuPont | ) | |
| Chemical Solutions Enterprise; TYCO | ) | |
| FIRE PRODUCTS L.P.; UTC FIRE & | ) | |
| SECURITY AMERICAS | ) | |
| CORPORATION, INC., | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |

**Plaintiffs**

1.      Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2.      Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

**Defendants**

3.      Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M Company f/k/a Minnesota Mining and Manufacturing Company |
| Defendant 2 | AGC Chemicals Americas Inc. |
| Defendant 3 | Amerex Corporation |
| Defendant 4 | Arkema, Inc. |
| Defendant 5 | Archroma U.S., Inc. |
| Defendant 6 | BASF Corporation |
| Defendant 7 | Carrier Global Corporation |
| Defendant 8 | ChemDesign Products, Inc. |
| Defendant 9 | ChemGuard, Inc. |
| Defendant 10 | Clariant Corporation |
| Defendant 11 | Corteva, Inc. |
| Defendant 12 | DeepWater Chemicals, Inc. |
| Defendant 13 | DuPont De Nemours, Inc., f/k/a DowDuPont, Inc. |
| Defendant 14 | Dynax Corporation |
| Defendant 15 | E.I. DuPont De Nemours and Company, individually and as successor in interest to Dupont Chemical Solutions Enterprise |

| Defendant 16 | National Foam, Inc. |
|---|---|
| Defendant 17 | The Chemours Company, individually and as successor in interest to Dupont Chemical Solutions Enterprise |
| Defendant 18 | The Chemours Company FC, LLC, individually and successor in interest to DuPont Chemicals Solutions Enterprise |
| Defendant 19 | Tyco Fire Products, LP |
| Defendant 20 | UTC Fire & Security Americas Corporation, Inc. |
| Defendant 21 | |

## Jurisdiction and Venue

4.    Plaintiff alleges jurisdiction base on:

   a.    ___ Diversity

   b.    ___ Federal Question

   c.    _X_ The "Mass Action" provisions of the Class Action Fairness Act

   ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

   d.    ___ Other: _____

5.    Plaintiffs designate the District Courts indicated on Exhibit A as the "Home

Venue" defined as the proper venues of origin where the claim(s) could have otherwise been

brought pursuant to 28 U.S.C. § 1391.

## Plaintiff's Allegations of Exposure

6.    Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

   a.    Direct exposure to AFFF (i.e. use of handling of AFFF); and/or

   b.    Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

   c.    Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

**Plaintiff's Alleged Injuries**

7.    Plaintiffs allege one or more of the following personal injuries as described in Exhibit A:

   a.  Kidney Cancer

   b.  Testicular Cancer

   c.  Thyroid Disease

   d.  Ulcerative Colitis

   e.  Liver Cancer

   f.  Thyroid Cancer

8.    Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequala attributable to the injuries alleged above.

**Causes of Action**

9.    The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

   Count I – Defective Design

   Count II – Failure to Warn

   Count III – Negligence

   Count IV – Negligence Per Se

   Count V – Trespass and Battery

   Count VI – Strict Product Liability

   Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability

   Count VIII – Concealment, Misrepresentation, and Fraud

   Count IX – Conspiracy

   Count X – Wrongful Death

Count XI – Loss of Consortium

<u>Other Causes of Action:</u>

Count XII – Negligent, Intentional, Reckless Infliction of Emotional Distress

**<u>Jury Demand</u>**

10.     Plaintiffs demand a trial by jury as to all claims in this action.

Dated: September 5, 2025

Respectfully submitted,

Mark M. Abramowitz
Michael P. Trexler
**DiCELLO LEVITT LLP**
8160 Norton Parkway, Third Floor
Mentor, Ohio 44060
(440) 953-8888
mabramowitz@dicellolevitt.com
mtrexler@ dicellolevitt.com

***Counsel for Plaintiff***

| # | Plaintiff Name (if injured party is deceased or incapacit...) | DOB (of injur...) | State of Residence | Home venue (per ¶ 5) | Direct Exposu... | Exposure to Conta... | Firefighter Tu... | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testic...) | Causes of Action (please indicate via Count number (per ¶ 9)) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Leroy D Rutherford Jr | 12/19/1959 | Florida | Northern District of Florida | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 2 | Lumen G Gonzalez | 3/24/1959 | Florida | Middle District of Florida | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 3 | Marcel Joseph Neville | 3/9/1943 | Ohio | Northern District of Ohio | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 4 | Mark Charles Jones | 6/10/1959 | Nevada | District of Nevada | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 5 | Carolyn Jones | | | | | | No | | XI |
| 6 | Mark Frederick | 2/1/1959 | Indiana | Southern District of Indiana | Yes | No | No | Kidney Cancer; Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 7 | Mark King | 1/22/1955 | Alaska | District of Alaska | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 8 | Mark Mullins | 10/5/1963 | Washington | Western District of Washington | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 9 | Pacita April Mullins | | | | | | No | | XI |
| 10 | Mark Seidt | 8/20/1957 | Florida | Middle District of Florida | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 11 | Mark St. Moritz | 10/6/1955 | Florida | Middle District of Florida | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 12 | Linda St Moritz | | | | | | No | | XI |
| 13 | Marty Marino Coleman | 7/31/1961 | South Carolina | District of South Carolina | Yes | No | No | Ulcerative Colitis; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 14 | Matthew Jordan | 5/21/1988 | Nevada | District of Nevada | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 15 | Michael Campanaro | 11/29/1983 | Florida | Middle District of Florida | Yes | No | No | Testicular Cancer; Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 16 | Blanco Barco Belez | | | | | | No | | XI |
| 17 | Michael Duncan | 2/20/1969 | South Carolina | District of South Carolina | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 18 | Wendy Duncan | | | | | | No | | XI |
| 19 | Michael Floyd Davis | 4/30/1956 | Idaho | District of Idaho | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 20 | Michael L. Hargett | 6/2/1967 | Wisconsin | Eastern District of Wisconsin | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 21 | Michael Lawrence Tomek | 11/21/1975 | South Dakota | District of South Dakota | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 22 | Michael Lindsay | 10/8/1968 | South Carolina | District of South Carolina | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 23 | Michael Spell | 7/19/1963 | Tennessee | Eastern District of Tennessee | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 24 | Sandra Spell | | | | | | No | | XI |
| 25 | Michael Steinway | 7/22/1962 | Illinois | Southern District of Illinois | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 26 | Peggy Steinway | | | | | | No | | XI |
| 27 | Michael Wright | 6/26/1944 | Rhode Island | District of Rhode Island | No | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 28 | Natividad Vasquez | 5/14/1967 | Utah | District of Montana | Yes | No | No | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 29 | Noel King | 9/9/1966 | Texas | District of Maine | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 30 | Sheraine Munda King | | | | | | No | | XI |
| 31 | Pamela Wick | 6/20/1946 | Nevada | District of Nevada | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 32 | Howard John Wick | | | | | | No | | XI |
| 33 | Patrick Murray | 8/23/1964 | Texas | Southern District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 34 | Phillip Liles | 11/8/1954 | Oklahoma | Western District of Oklahoma | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 35 | Quinn Matthew Schwalk | 4/27/1993 | North Dakota | District of North Dakota | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 36 | Quint Liner Sr. o/b/o Sines Liner Jr. | 5/1/1945 | N/A | Eastern District of Louisiana | Yes | No | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 37 | Randy Keith | 12/27/1964 | New York | Western District of New York | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 38 | Collette Keith | | | | | | No | | XI |
| 39 | Raul Alain Menendez | 6/21/1978 | Florida | Southern District of Florida | No | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 40 | Raven Stark | 6/27/1961 | Nevada | District of Nevada | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 41 | Rheinheardt Swammy | 3/23/1961 | Maryland | District of Maryland | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 42 | Ricardo Camarena | 10/22/1974 | California | Southern District of California | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 43 | Ricardo Camarena | | | | | | No | | XI |
| 44 | Richard Allen Lozano | 4/8/1964 | Nevada | District of Nevada | No | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 45 | Richard Peary | 12/22/1945 | New York | Northern District of New York | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 46 | Richard Thomas Parker | 3/15/1949 | Florida | Middle District of Florida | Yes | No | No | Ulcerative Colitis; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 47 | Robert Armistead | 12/14/1978 | Texas | Southern District of Texas | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 48 | Vanessa Armistead | | | | | | No | | XI |
| 49 | Robert Chris Weaver | 2/24/1960 | Arizona | District of Arizona | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 50 | Robert Gassman | 5/8/1959 | Utah | District of Utah | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 51 | Robert Marcum | 11/29/1957 | Illinois | Northern District of Illinois | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 52 | Robert Mieticki | 5/4/1961 | Maryland | District of Maryland | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 53 | Robert Mobley | 4/8/1952 | South Carolina | District of South Carolina | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 54 | Norma Jean Mobley | | | | | | No | | XI |
| 55 | Roberto Fantauzzi | 7/28/1985 | Virginia | Eastern District of Virginia | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 56 | Ronald Boykins | 4/1/1968 | Tennessee | Middle District of Tennessee | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 57 | Ronda Cotton | 3/8/1963 | Nebraska | District of Nebraska | Yes | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| No. | Name | DOB | State | District | Condition | | | | Codes |
|---|---|---|---|---|---|---|---|---|---|
| 58 | Charles Cotton | | | | | | | | XI |
| 59 | Ryan Doody | 4/6/1961 | Washington | Eastern District of Washington | Ulcerative Colitis | Yes | No | No | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 60 | Sean Hardge Sr | 11/12/1978 | Hawaii | District of Hawaii | Ulcerative Colitis | Yes | No | No | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 61 | Lindelwa Hardge | | | | | | | | XI |
| 62 | Seth Wiley | 11/15/1985 | California | Southern District of California | Thyroid Disease | Yes | No | No | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 63 | Shawna Marie Chesnut | 1/25/1978 | Utah | District of Utah | Thyroid Cancer | No | Yes | No | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 64 | Stacy Schultz | 9/1/1972 | Illinois | Central District of Illinois | Thyroid Disease | Yes | No | No | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 65 | Stephen Whitehead | 8/5/1962 | Hawaii | District of Hawaii | Liver Cancer | Yes | No | No | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 66 | Steve Alexander Lopez | 12/9/1986 | Nevada | District of Nevada | Thyroid Disease | Yes | No | No | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 67 | Steve Dirk Mozingo | 9/23/1957 | Florida | Southern District of Florida | Thyroid Disease | Yes | No | No | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 68 | Steven Chadwick | 10/29/1973 | Texas | Northern District of Texas | Thyroid Disease | Yes | Yes | No | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 69 | Stuart Gardner | 3/19/1954 | Ohio | Northern District of Ohio | Ulcerative Colitis | Yes | No | No | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 70 | Suzeanna Miller | 2/20/1959 | Arkansas | Western District of Arkansas | Thyroid Cancer | No | Yes | No | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 71 | Takiyah Walidah Thomas | 8/12/1977 | Maryland | District of Maryland | Kidney Cancer | Yes | Yes | No | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 72 | Theodore Williams | 1/28/1969 | Michigan | Eastern District of Michigan | Thyroid Cancer | Yes | No | No | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 73 | Thomas C. Damore | 10/13/1955 | New York | Eastern District of New York | Ulcerative Colitis | Yes | No | No | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 74 | Tiffany Finkley | 1/0/1900 | Washington | Eastern District of Washington | Thyroid Disease | Yes | No | No | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 75 | Timothy Owens | 10/14/1966 | South Carolina | District of South Carolina | Kidney Cancer | Yes | No | No | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 76 | Lisa Owens | | | | | | | | XI |
| 77 | Todd Douglass | 4/30/1960 | Kansas | District of Kansas | Thyroid Disease | Yes | No | No | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 78 | Todd Perras | 11/13/1967 | New Mexico | District of New Mexico | Testicular Cancer | Yes | No | No | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 79 | Tomiko Thompson | 11/5/1976 | Washington DC | District of District of Columbia | Thyroid Disease | Yes | No | No | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 80 | Tracy Berkey | 11/21/1963 | Oregon | District of Oregon | Kidney Cancer; Ulcerative Colitis | Yes | No | No | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 81 | Amy Berkey | | | | | | | | XI |
| 82 | Travis Lavergne | 9/26/1983 | Louisiana | Middle District of Louisiana | Thyroid Disease | Yes | No | No | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 83 | Trenton Stanley | 7/19/1991 | Kansas | District of Kansas | Ulcerative Colitis | No | Yes | No | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 84 | Tristan Neal | 3/21/1984 | Louisiana | Western District of Louisiana | Thyroid Disease | Yes | No | No | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 85 | Triston Scott Williams | 11/18/1995 | Wyoming | District of Wyoming | Ulcerative Colitis | No | Yes | No | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 86 | Troy Miller | 8/1/1971 | Tennessee | Middle District of Tennessee | Kidney Cancer | Yes | No | No | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 87 | Tyrone Burton Collins | 5/18/1948 | South Carolina | District of South Carolina | Kidney Cancer | Yes | Yes | No | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 88 | Katherine Collins | | | | | | | | XI |
| 89 | Tyson T Taniguchi | 5/27/1977 | New Mexico | District of New Mexico | Thyroid Disease | Yes | No | No | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 90 | Vernon Belyeu | 5/31/1944 | Wyoming | District of Wyoming | Kidney Cancer | No | Yes | No | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 91 | Victor Lyon Pearson Sr | 7/15/1965 | Washington | Western District of Washington | Kidney Cancer | Yes | Yes | No | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 92 | Mary Patrice Pearson | | | | | | | | XI |
| 93 | Vincent Lombardi | 10/26/1961 | Colorado | District of Colorado | Thyroid Disease | Yes | No | No | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 94 | Virgilio Abueg | 4/25/1944 | California | Southern District of California | Thyroid Disease | Yes | No | No | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 95 | Merylita Abueg | | | | | | | | XI |
| 96 | Walfred Espeseth | 6/17/1961 | California | Central District of California | Thyroid Disease | Yes | No | No | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 97 | Walter Menza Jr. | 4/29/1952 | Arizona | District of Arizona | Thyroid Cancer | Yes | No | No | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 98 | Christine Menza | | | | | | | | XI |
| 99 | Walter P. Myers | 12/12/1957 | Washington | Western District of Washington | Ulcerative Colitis | Yes | No | No | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 100 | Jennifer Ann Myers | | | | | | | | XI |
| 101 | Walter Whiteaker | 9/29/1954 | Tennessee | Middle District of Tennessee | Thyroid Disease | Yes | No | No | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 102 | Vicki Whiteaker | | | | | | | | XI |
| 103 | Wayne Robert Bass | 9/16/1968 | Louisiana | Western District of Louisiana | Thyroid Disease | Yes | No | No | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 104 | Trudy Bass | | | | | | | | XI |
| 105 | Wayne Smith | 6/29/1946 | Nevada | District of Nevada | Thyroid Disease | Yes | Yes | No | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 106 | Wilbur Howard Hutson | 8/22/1958 | California | Northern District of California | Thyroid Cancer | Yes | No | No | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 107 | Wilferd Kurtz | 8/13/1964 | Montana | District of Montana | Thyroid Disease | Yes | No | No | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 108 | Dena Kurtz | | | | | | | | XI |
| 109 | Wilfred L. Celorier | 11/9/1957 | South Carolina | District of South Carolina | Thyroid Disease | Yes | Yes | No | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 110 | David Kerr | | | | | | | | XI |